**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**COREY LEE TUBBY**                                                                                 **PLAINTIFF**

**v.**                                                            **CIVIL ACTION NO.: 1:22-cv-139-RP**

**KILOLO KIJAKAZI, ACTING COMMISSIONER**
**OF THE SOCIAL SECURITY ADMINISTRATION**                        **DEFENDANT**

### JUDGMENT

In accordance with the Order entered this date, it is ORDERED that this case be REVERSED AND REMANDED under the fourth sentence of 42 U.S.C. §405(g) to the Commissioner of Social Security for the purpose of conducting further proceedings.

**SO ORDERED**, this the 13th day of March, 2023.

                                                              /s/ Roy Percy
                                                              UNITED STATES MAGISTRATE JUDGE